Case 1:07-cv-07122   Document 3   Filed 12/19/2007   Page 1 of 2



## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MICHELLE DOWNS
vs.
AUTO RESOURCES, INC., d/b/a
J.D. BYRIDER OF JOLIET

**07CV7122**
**JUDGE BUCKLO**
**MAG. JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF - MICHELLE DOWNS

| | |
|---|---|
| NAME (Type or print) | |
| LISA KANE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ | |
| FIRM | |
| LISA KANE & ASSOCIATES, P.C. | |
| STREET ADDRESS | |
| 120 SOUTH LA SALLE STREET, SUITE 1420 | |
| CITY/STATE/ZIP | |
| CHICAGO, ILLINOIS 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06203093 | TELEPHONE NUMBER 312/606-0383 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO X☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X☐  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X☐  NO ☐ |

FILED
DEC 19 2007
DEC 19, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐