

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MICHELLE DOWNS
vs.
AUTO RESOURCES, INC., d/b/a
J.D. BYRIDER OF JOLIET

07CV7122
JUDGE BUCKLO
MAG. JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF - MICHELLE DOWNS

| NAME (Type or print) |
|---|
| JANICE A. WEGNER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Janice A. Wegner |
| FIRM |
| LISA KANE & ASSOCIATES, P.C. |
| STREET ADDRESS |
| 120 SOUTH LA SALLE STREET, SUITE 1420 |
| CITY/STATE/ZIP |
| CHICAGO, ILLINOIS 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06200062 | (312) 606-0383 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐X |

FILED
DEC 19, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐