AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MICHELLE DOWNS

V.

AUTO RESOURCES, INC., d/b/a
J.D. BYRIDER OF JOLIET.

**07CV7122**
**JUDGE BUCKLO**
**MAG. JUDGE KEYS**

TO: (Name and address of Defendant)

AUTO RESOURCES, INC., D/B/A J.D. BYRIDER OF JOLIET
c/o Michael D. Burgstone, Registered Agent
2624 North Marshfield
Chicago, IL 60614

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lisa Kane & Associates, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

**DEC 19 2007**

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | |
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                  Date                          *Signature of Server*

                                      _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Michelle Downs <br><br> vs. <br><br> Auto Resources, Inc. d/b/a J.D Byrider Of Joliet | Case Number   07 CV 7122 |

### AFFIDAVIT OF SERVICE

I, Jason P. Bobor, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 08 day of January, 2008, at 09:40 PM at 2624 North Marshfield, Chicago, IL 60614, did serve the following document(s):

**Summons and Complaint**

Upon:   **Auto Resources, Inc. d/b/a J.D. Byrider Of Joliet c/o Michael D. Burgstone, Registered Agent**

By:   ☑ Personally serving to:   Michael D. Burgstone

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 2624 North Marshfield, Chicago, IL 60614 on

| Description: Sex | **Male** | Race | **White** | Approximate Age | **40** |
|---|---|---|---|---|---|
| Height | **6'0** | Weight | **175** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Jason P. Bobor
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101