U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of   Case Number: 07 C 7122
MICHELLE DOWNS
v.
AUTO RESOURCES, INC.,
d/b/a J.D. BYRIDER OF JOLIET

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AUTO RESOURCES, INC., d/b/a J.D. BYRIDER OF JOLIET

| | |
|---|---|
| NAME (Type or print)<br>Alison B. Crane | acrane@smbtrials.com |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Alison B. Crane | |
| FIRM<br>Swanson, Martin & Bell, LLP | |
| STREET ADDRESS<br>330 N. Wabash Avenue, Suite 3300 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289278 | TELEPHONE NUMBER<br>312-321-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |