IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| MICHELLE DOWNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 C 7122 |
| ) | |
| AUTO RESOURCES, INC., ) | JUDGE BUCKLO |
| d/b/a/ J.D. BYRIDER OF JOLIET, ) | |
| ) | MAGISTRATE JUDGE KEYS |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

To:   **All Counsel of Record**

The undersigned attorney hereby certifies that on January 28, 2008, a copy of the foregoing *Defendant's Answer and Affirmative Defenses To Complaint* was filed electronically. Notice of this filing will be sent to the parties listed above by operation of the Court's electronic filing system.

s/ Alison B. Crane
**One of the Attorneys for Defendant,
Auto Resources, Inc., d/b/a J.D. Byrider of Joliet**

David E. Kawala – ARDC # 6191156
Alison B. Crane – ARDC # 6289278
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
312-321-9100
312-321-0990 (fax)