IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| MICHELLE DOWNS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 07 C 7122 |
| AUTO RESOURCES, INC., d/b/a/ J.D. BYRIDER OF JOLIET, | ) ) JUDGE BUCKLO ) |
| Defendant. | ) MAGISTRATE JUDGE KEYS ) |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Auto Resources, Inc., d/b/a/ J.D. Byrider of Joliet ("J.D. Byrider") in the above-captioned action, certifies that J.D. Byrider has no parent corporations and no publicly held corporations own 10% or more of its stock.

Respectfully submitted,

**Auto Resources, Inc., d/b/a/ J.D. Byrider of Joliet**

By: s/ Alison B. Crane
    One of its Attorneys

David E. Kawala – ARDC # 6191156
Alison B. Crane – ARDC # 6289278
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
312-321-9100
312-321-0990 (fax)