IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE DOWNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07 C 7122 |
| | ) | |
| AUTO RESOURCES, INC., d/b/a | ) | Hon. Elaine Bucklo |
| J.D. BYRIDER OF JOLIET, | ) | Judge Presiding |
| | ) | Magistrate Judge Brown |
| Defendant. | ) | |

## PLAINTIFF'S REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on February 22, 2008, telephonically, and was attended by:

Janice Wegner for Plaintiff

Alison B. Crane for Defendant

As the parties were unable to agree upon the contents of the Report of Parties' Planning Meeting, each party will submit such a Report.

2. **Pre-Discovery Disclosures.** Plaintiff proposed that parties exchange by March 7, 2008, the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** Plaintiff proposes to the court the following discovery plan:

Discovery will be needed on the following subjects: Plaintiff's claims of sexual harassment, retaliation, and intentional infliction of emotional distress, Defendant's defenses, and damages.

Plaintiff proposes that all discovery commenced in time to be completed by July 15, 2008.

1

Plaintiff does not anticipate the use of experts at this time subject to issues found during discovery and/or following Rule 26(a)(1) Disclosures.

Plaintiff does not anticipate any modifications will be necessary to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules.

Plaintiff estimates approximately eight (8) depositions will be necessary, however, once Rule 26(a)(1) Disclosures have been exchanged, counsel for Plaintiff will be in a position to be more definitive.

Supplementation required under Rule 26(e) will be in accordance with that Rule.

4. **Other Items.**

Plaintiff does not request a conference with the court before entry of the scheduling order.

Plaintiff requests a pretrial conference sixty (60) days after the Court rules on dispositive motions.

Plaintiff should be allowed until April 30, 2008 to join additional parties and to amend the pleadings.

Plaintiff proposes that all potentially dispositive motions should be filed by: August 16, 2008.

Final Pretrial order:

Plaintiff proposes to prepare proposed draft thirty (30) days after ruling on any dispositive motion; parties to file joint final pretrial order within forty-five (45) days of ruling on any dispositive motion.

Plaintiff estimates the case should be ready for trial by November of 2008 and at this time is expected to take approximately three (3) to four (4) days.

**Other Matters:**

Settlement: Plaintiff has provided the requisite written settlement demand on February 22, 2008.

The parties **DO NOT** consent unanimously to proceed before a Magistrate Judge.

Dated: February 22, 2008

Respectfully submitted,

s/ Lisa Kane
LISA KANE
LISA KANE & ASSOCIATES, P.C.
ATTORNEY FOR PLAINTIFF
120 SOUTH LA SALLE STREET
SUITE 1420
CHICAGO, ILLINOIS 60603
(312) 606-0383
ATTORNEY CODE NO. 06203093