IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE DOWNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 07 C 7122 |
| | ) |
| AUTO RESOURCES, INC., d/b/a | ) Hon. Elaine Bucklo |
| J.D. BYRIDER OF JOLIET, | )  Judge Presiding |
| | ) Magistrate Judge Brown |
| Defendant. | ) |

**NOTICE OF FILING**

TO:   David E. Kawala, Esquire; Alison B. Crane, Esquire
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, Illinois 60611

    PLEASE TAKE NOTICE that on ***Friday, February 22*, 2008,** Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: Plaintiff's Report of Planning Meeting.

                                          By s/Lisa Kane
                                          Lisa Kane, Attorney for Plaintiff

**PROOF OF SERVICE**

    I, Lisa Kane, certify that I caused to be served this Notice of Filing and the above-mentioned accompanying documents upon those persons to whom said Notice is directed pursuant to ECF by 5:00 P.M. on February 22, 2008.

                                          s/Lisa Kane
                                          Lisa Kane, Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093