IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| MICHELLE DOWNS, | ) | |
| | ) | No. 07 C 7122 |
| Plaintiff, | ) | |
| | ) | JUDGE BUCKLO |
| v. | ) | |
| | ) | MAGISTRATE JUDGE KEYS |
| AUTO RESOURCES, INC., | ) | |
| d/b/a/ J.D. BYRIDER OF JOLIET, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S REPORT OF PARTIES' PLANNING MEETING

Defendant AUTO RESOURCES, INC., d/b/a J.D. BYRIDER OF JOILET, by its

attorneys David E. Kawala and Alison B. Crane, after failed attempts to reach a mutually

agreeable schedule with Plaintiff's counsel, Lisa Kane, hereby report on behalf of

Defendant regarding the parties' Rule 26(f) planning meeting:

**1.     Meeting.**  Pursuant to FED. R. CIV. P. 26(f), a meeting was held on February 22, 2008 via telephone and was attended by:

- Janice Wegner for Plaintiff and
- Alison B. Crane for Defendant.

**2.     Pre-trial Schedule.**  Defendant proposes to the court the following discovery plan:

    a.  Discovery may be needed on the following subjects:

- the allegations contained in Plaintiff's complaint regarding sexual harassment, retaliation, and emotional distress;
- Plaintiff's alleged reporting of said harassment;
- Plaintiff's resignation from J.D. Byrider of Joliet;
- Plaintiff's alleged damages and/or prayer for relief and the bases therefore; and
- Defendant's affirmative defenses.

512176-1

b. Disclosures pursuant to FED. R. CIV. P. 26(a)(1) to be made by **March 7, 2008**. All fact discovery commenced in time to be completed by **July 15, 2008**. Any expert discovery commenced in time to be completed by **December 15, 2009**.

c. Defendant expects it will need approximately 6 depositions.

d. Reports from retained experts under Rule 26(a)(2) are due:

- from Plaintiff by **October 14, 2008** and
- from Defendant by **November 14, 2008**.

e. All potentially dispositive motions should be filed by **January 15, 2009**. Any responses thereto should be filed by **February 13, 2009**, and any replies thereto by **February 27, 2009**.

f. Plaintiff is to prepare a proposed draft of the final pre-trial order by **March 13, 2009**. The final pre-trial order will be jointly filed by the parties by **March 20, 2009**.

g. The case should be ready for trial by **April 20, 2009** and at this time is expected to take approximately 3-4 days.

3.    **Settlement.** Plaintiff made a written demand to Defendant on **February 22, 2008**. At least 7 days prior to the scheduling conference, set for **March 7, 2008**, Defendant will respond in writing to the Plaintiff's settlement demand.

4.    **Consent.** The parties ***do not*** consent unanimously to proceed before a Magistrate Judge.

Dated: February 26, 2008.

Respectfully submitted,

DEFENDANT J.D. BYRIDER OF JOLIET

s/ Alison B. Crane
One of its Attorneys
David E. Kawala – ARDC # 6191156
Alison B. Crane – ARDC # 6289278
**Swanson, Martin & Bell, LLP**
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100 / (312) 321-0990 (fax)