**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Michelle Downs
                      Plaintiff,

v.                                    Case No.: 1:07–cv–07122
                                    Honorable Elaine E. Bucklo

Auto Resources, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 7, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Scheduling conference held on 3/7/2008.Discovery ordered closed by 8/29/2008.Dispositive motions with supporting memoranda due by 10/15/2008.Status hearing set for 7/9/2008 at 09:15 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.