UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Michelle Downs
      Plaintiff,

v.              Case No.: 1:07–cv–07122
              Honorable Elaine E. Bucklo

Auto Resources, Inc.
      Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Arlander Keys for the purpose of holding proceedings related to: settlement conference.(mpj, )Mailed notice.

Dated: March 7, 2008

                     /s/ Elaine E. Bucklo
                     United States District Judge