**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Michelle Downs
       Plaintiff,

v.               Case No.: 1:07–cv–07122
             Honorable Elaine E. Bucklo

Auto Resources, Inc.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

  MINUTE entry before Judge Honorable Arlander Keys:Extensive settlement conference held. The parties are extremely far apart with regard to the merits and settlement value of this case. This case will not settle! Therefore, all matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Judge Honorable Arlander Keys no longer referred to the case.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.