IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE DOWNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07 C 7122 |
| | ) | |
| AUTO RESOURCES, INC., d/b/a | ) | Hon. Elaine Bucklo |
| J.D. BYRIDER OF JOLIET, | ) | Judge Presiding |
| | ) | Magistrate Judge Keys |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY stipulated by and between the Plaintiff, MICHELLE DOWNS, by her attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and Defendant, AUTO RESOURCES, INC., d/b/a J. D. BYRIDER OF JOLIET, by its attorney, DAVID E. KAWALA of SWANSON, MARTIN & BELL, LLP, that this case be dismissed with prejudice pursuant to Rule 41(a)(1), all parties to bear their own costs and fees.

Dated: May 22, 2008

| | |
|---|---|
| MICHELLE DOWNS, | AUTO RESOURCES, INC., d/b/a J. D. BYRIDER OF JOLIET, |
| | |
| By /s/ Lisa Kane | By /s/ David E. Kawala (by consent) |
| LISA KANE | DAVID E. KAWALA |
| LISA KANE & ASSOCIATES, P.C. | SWANSON, MARTIN & BELL, LLP |
| Attorney for Plaintiffs | Attorney for Defendant |
| 120 South LaSalle Street | 330 North Wabash Street |
| Suite 1420 | Suite 3300 |
| Chicago, Illinois 60603 | Chicago, Illinois 60611 |
| (312) 606-0383 | (312) 321-9100 |
| ATTORNEY CODE NO. 06203093 | ARDC #6191156 |